UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAVEZ, | CASE NO. CV F 13-0512 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** <br> (Doc. 5) |
| vs. | |
| FINANCIAL CREDIT NETWORK, INC., | |
| Defendant. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending matters and dates, including the July 30, 2013 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **June 11, 2013**                    **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

1